# Exhibit 4

EXHIBIT 4: RESULTS OF RMG REVIEW OF LOAN FILES

| Loan Number | MLPSA | Mortgage Original Balance | Note Date | Doc Code | RMG Conclusion |
|---|---|---|---|---|---|
| 18796060 | Thornburg | $2,040,000 | 03/01/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18796094 | Thornburg | $2,200,000 | 03/16/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18796102 | Thornburg | $2,010,000 | 02/08/2006 | Full | Serious Violation of Underwriting Guidelines |
| 18796201 | Thornburg | $2,437,500 | 03/27/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18796235 | Thornburg | $2,422,000 | 03/29/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18819474 | Thornburg | $2,250,000 | 02/18/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18819508 | Thornburg | $3,508,000 | 02/13/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18819631 | Thornburg | $2,040,000 | 03/08/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18819649 | Thornburg | $2,170,000 | 03/08/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18819698 | Thornburg | $3,375,000 | 03/29/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18834184 | Thornburg | $2,800,000 | 02/15/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18834275 | Thornburg | $2,500,000 | 03/08/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18834333 | Thornburg | $2,880,000 | 04/12/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18857144 | Thornburg | $2,450,000 | 03/10/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18857292 | Thornburg | $3,300,000 | 03/22/2006 | Full | Serious Violation of Underwriting Guidelines |
| 18857300 | Thornburg | $2,287,500 | 03/21/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18857326 | Thornburg | $2,450,000 | 03/31/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18857359 | Thornburg | $3,290,000 | 05/01/2006 | Stated | Serious Violation of Underwriting Guidelines |
| 18799098 | Greenwich | $68,950 | 05/17/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18799445 | Greenwich | $750,000 | 05/24/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18799551 | Greenwich | $215,600 | 05/20/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18799569 | Greenwich | $144,000 | 05/24/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18799726 | Greenwich | $268,000 | 05/06/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18800482 | Greenwich | $72,000 | 02/27/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18800490 | Greenwich | $51,200 | 02/27/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18800698 | Greenwich | $271,250 | 05/13/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18800953 | Greenwich | $211,200 | 6/1/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18800987 | Greenwich | $297,600 | 06/18/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18801779 | Greenwich | $367,500 | 7/1/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18801852 | Greenwich | $143,000 | 6/1/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18802009 | Greenwich | $223,200 | 06/18/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18822981 | Greenwich | $115,500 | 05/20/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18823427 | Greenwich | $320,000 | 04/06/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18823633 | Greenwich | $230,000 | 03/16/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18823872 | Greenwich | $95,200 | 04/01/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18824854 | Greenwich | $504,000 | 06/30/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18824862 | Greenwich | $660,000 | 07/01/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18824912 | Greenwich | $364,500 | 6/30/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18825356 | Greenwich | $545,000 | 06/14/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18825372 | Greenwich | $261,500 | 05/26/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18837617 | Greenwich | $76,000 | 04/06/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18838359 | Greenwich | $125,000 | 05/20/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18838375 | Greenwich | $240,000 | 05/28/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18838557 | Greenwich | $650,000 | 5/25/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18838755 | Greenwich | $714,000 | 06/08/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18838995 | Greenwich | $132,300 | 06/28/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18839027 | Greenwich | $72,000 | 06/25/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18839209 | Greenwich | $412,500 | 7/1/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18860056 | Greenwich | $378,250 | 04/20/2004 | Full | Serious Violation of Underwriting Guidelines |

Exhibit 4 – Page 1

| Loan Number | MLPSA | Mortgage Original Balance | Note Date | Doc Code | RMG Conclusion |
|---|---|---|---|---|---|
| 18860213 | Greenwich | $189,600 | 5/19/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18860239 | Greenwich | $147,750 | 6/4/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18860585 | Greenwich | $525,000 | 05/18/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18860692 | Greenwich | $176,000 | 06/03/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18860858 | Greenwich | $157,000 | 04/20/2004 | Full | Serious Violation of Underwriting Guidelines |
| 18862029 | Greenwich | $400,000 | 05/19/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18862441 | Greenwich | $370,000 | 6/15/2004 | Stated | Serious Violation of Underwriting Guidelines |
| 18862557 | Greenwich | $432,000 | 6/9/2004 | Full | Serious Violation of Underwriting Guidelines |

Exhibit 4 – Page 2