# Exhibit 5

EXHIBIT 5: RESULTS OF REVIEW OF CORELOGIC DATA AND LOAN SCHEDULE

**Table 1: AVM Results**

| Loan Number | MLPSA | Reported Appraised Value | Value Determined by AVM | Percentage by Which Appraised Value Exceeds AVM | Represented Loan to Value Ratio | Actual Loan to Value Ratio | Difference in LTV in Percentage Terms |
|---|---|---|---|---|---|---|---|
| 18796193 | Thornburg | $3,450,000 | $2,414,000 | 42.9% | 70.00% | 100.04% | 30.04% |
| 18796292 | Thornburg | $2,930,000 | $2,083,000 | 40.7% | 70.00% | 98.46% | 28.46% |
| 18819532 | Thornburg | $4,050,000 | $1,933,000 | 109.5% | 70.00% | 146.66% | 76.66% |
| 18834291 | Thornburg | $3,000,000 | $2,341,000 | 28.2% | 70.00% | 89.71% | 19.71% |
| 18834309 | Thornburg | $3,398,000 | $2,837,000 | 19.8% | 60.00% | 71.86% | 11.86% |
| 18834374 | Thornburg | $3,740,000 | $1,223,000 | 205.8% | 66.84% | 204.42% | 137.58% |
| 18857391 | Thornburg | $2,900,000 | $2,317,000 | 25.2% | 80.00% | 100.13% | 20.13% |
| 18777995 | Greenwich | $575,000 | $364,000 | 55.2% | 80.00% | 124.18% | 44.18% |
| 18799080 | Greenwich | $618,000 | $497,000 | 24.0% | 79.99% | 99.22% | 19.23% |
| 18799247 | Greenwich | $342,000 | $322,000 | 6.2% | 75.03% | 79.69% | 4.66% |
| 18799486 | Greenwich | $424,000 | $329,000 | 28.9% | 80.00% | 103.10% | 23.10% |
| 18799510 | Greenwich | $106,000 | $88,000 | 20.5% | 65.00% | 78.30% | 13.30% |
| 18799775 | Greenwich | $350,000 | $305,000 | 14.8% | 75.00% | 86.07% | 11.07% |
| 18800102 | Greenwich | $1,350,000 | $865,000 | 56.1% | 63.70% | 99.42% | 35.72% |
| 18800227 | Greenwich | $205,000 | $174,000 | 17.8% | 80.00% | 94.25% | 14.25% |
| 18800755 | Greenwich | $138,000 | $130,000 | 6.2% | 50.72% | 53.85% | 3.13% |
| 18800763 | Greenwich | $500,000 | $430,000 | 16.3% | 45.60% | 53.02% | 7.42% |
| 18800870 | Greenwich | $181,000 | $143,000 | 26.6% | 80.00% | 101.26% | 21.26% |
| 18801027 | Greenwich | $740,000 | $591,000 | 25.2% | 74.32% | 93.06% | 18.74% |
| 18801480 | Greenwich | $295,000 | $238,000 | 23.9% | 80.00% | 99.16% | 19.16% |
| 18801902 | Greenwich | $165,000 | $136,000 | 21.3% | 69.70% | 84.56% | 14.86% |
| 18822700 | Greenwich | $525,000 | $443,000 | 18.5% | 75.00% | 88.88% | 13.88% |
| 18822825 | Greenwich | $240,000 | $222,000 | 8.1% | 66.21% | 71.58% | 5.37% |
| 18823005 | Greenwich | $480,000 | $425,000 | 12.9% | 85.00% | 96.00% | 11.00% |
| 18823229 | Greenwich | $142,000 | $130,000 | 9.2% | 45.77% | 50.00% | 4.23% |
| 18823294 | Greenwich | $248,000 | $199,000 | 20.6% | 75.00% | 90.45% | 15.45% |
| 18823401 | Greenwich | $300,000 | $238,000 | 26.1% | 88.81% | 111.95% | 23.14% |
| 18823419 | Greenwich | $373,100 | $307,000 | 21.5% | 79.99% | 97.21% | 17.22% |
| 18823468 | Greenwich | $207,000 | $195,000 | 6.2% | 45.89% | 48.72% | 2.83% |
| 18823617 | Greenwich | $434,000 | $360,000 | 20.6% | 69.12% | 83.33% | 14.21% |
| 18823765 | Greenwich | $495,000 | $361,000 | 37.1% | 50.51% | 69.25% | 18.74% |
| 18823906 | Greenwich | $122,000 | $101,000 | 20.8% | 89.84% | 108.51% | 18.67% |
| 18824052 | Greenwich | $380,000 | $354,000 | 7.4% | 39.47% | 42.37% | 2.90% |
| 18824128 | Greenwich | $955,000 | $895,000 | 6.7% | 54.45% | 58.10% | 3.65% |
| 18824193 | Greenwich | $197,000 | $165,000 | 19.4% | 74.62% | 89.09% | 14.47% |
| 18824367 | Greenwich | $125,000 | $113,000 | 10.6% | 56.00% | 61.95% | 5.95% |
| 18824425 | Greenwich | $320,000 | $300,000 | 6.7% | 70.00% | 74.67% | 4.67% |
| 18824524 | Greenwich | $438,000 | $405,000 | 8.1% | 75.00% | 81.05% | 6.05% |
| 18824631 | Greenwich | $650,000 | $483,000 | 34.6% | 80.00% | 107.66% | 27.66% |
| 18824797 | Greenwich | $650,000 | $587,000 | 10.7% | 76.15% | 84.33% | 8.18% |

Exhibit 5 – Page 1

| Loan Number | MLPSA | Reported Appraised Value | Value Determined by AVM | Percentage by Which Appraised Value Exceeds AVM | Represented Loan to Value Ratio | Actual Loan to Value Ratio | Difference in LTV in Percentage Terms |
|---|---|---|---|---|---|---|---|
| 18824805 | Greenwich | $369,400 | $342,000 | 8.0% | 80.00% | 86.39% | 6.39% |
| 18824953 | Greenwich | $166,000 | $152,000 | 9.2% | 60.24% | 65.79% | 5.55% |
| 18825083 | Greenwich | $355,000 | $334,000 | 6.3% | 75.00% | 79.72% | 4.72% |
| 18836940 | Greenwich | $325,000 | $155,000 | 109.7% | 73.85% | 154.84% | 80.99% |
| 18837294 | Greenwich | $360,000 | $320,000 | 12.5% | 80.00% | 90.00% | 10.00% |
| 18837922 | Greenwich | $280,000 | $221,000 | 26.7% | 75.00% | 95.02% | 20.02% |
| 18838029 | Greenwich | $800,000 | $723,000 | 10.7% | 75.00% | 82.99% | 7.99% |
| 18838094 | Greenwich | $160,000 | $113,000 | 41.6% | 79.69% | 112.83% | 33.14% |
| 18838599 | Greenwich | $710,000 | $590,000 | 16.9% | 80.00% | 93.56% | 13.56% |
| 18838615 | Greenwich | $232,000 | $191,000 | 21.5% | 71.12% | 86.39% | 15.27% |
| 18838631 | Greenwich | $806,000 | $712,000 | 13.2% | 80.00% | 90.56% | 10.56% |
| 18838763 | Greenwich | $475,000 | $447,000 | 6.3% | 80.00% | 85.01% | 5.01% |
| 18838888 | Greenwich | $880,000 | $798,000 | 10.0% | 74.08% | 81.45% | 7.37% |
| 18839050 | Greenwich | $405,000 | $372,000 | 8.9% | 75.00% | 81.65% | 6.65% |
| 18839258 | Greenwich | $377,000 | $328,000 | 14.9% | 73.74% | 84.76% | 11.02% |
| 18839399 | Greenwich | $152,500 | $140,000 | 7.8% | 80.00% | 86.23% | 6.23% |
| 18839522 | Greenwich | $286,000 | $255,000 | 12.2% | 77.62% | 87.06% | 9.44% |
| 18860395 | Greenwich | $232,000 | $209,000 | 9.6% | 90.00% | 98.61% | 8.61% |
| 18860445 | Greenwich | $228,000 | $214,000 | 6.5% | 79.44% | 84.63% | 5.19% |
| 18860528 | Greenwich | $310,000 | $226,000 | 37.2% | 70.00% | 96.02% | 26.02% |
| 18860965 | Greenwich | $244,000 | $220,000 | 9.1% | 80.00% | 87.27% | 7.27% |
| 18861336 | Greenwich | $260,000 | $218,000 | 19.3% | 75.58% | 90.14% | 14.56% |
| 18861518 | Greenwich | $810,000 | $570,000 | 42.1% | 80.00% | 113.68% | 33.68% |
| 18861963 | Greenwich | $400,000 | $364,000 | 9.9% | 69.63% | 76.51% | 6.88% |
| 18862003 | Greenwich | $1,725,000 | $879,000 | 96.2% | 55.00% | 107.94% | 52.94% |
| 18862169 | Greenwich | $143,000 | $88,000 | 25.0% | 80.00% | 100.00% | 20.00% |
| 18862573 | Greenwich | $310,000 | $253,000 | 22.5% | 71.29% | 87.35% | 16.06% |

Exhibit 5 – Page 2

**Table 2: Property Tax & Credit Bureau Records**

| Loan Number | MLPSA | Tax Bills Sent to Another Address | Property Not Designated as Homestead | Bills not sent to property 6 mos. after loan closing |
|---|---|---|---|---|
| 18796169 | Thornburg | X | X | |
| 18796193 | Thornburg | X | X | |
| 18796227 | Thornburg | | X | |
| 18796276 | Thornburg | | X | |
| 18796326 | Thornburg | X | X | |
| 18819573 | Thornburg | | X | |
| 18819664 | Thornburg | | X | |
| 18834226 | Thornburg | X | X | X |
| 18834234 | Thornburg | | X | |
| 18834291 | Thornburg | | X | |
| 18834309 | Thornburg | X | X | X |
| 18834358 | Thornburg | X | | |
| 18857102 | Thornburg | | X | |
| 18857268 | Thornburg | | X | |
| 18857367 | Thornburg | X | X | |
| 18857383 | Thornburg | | X | |
| 18857417 | Thornburg | X | X | X |
| 18799163 | Greenwich | X | | |
| 18799205 | Greenwich | X | X | X |
| 18799247 | Greenwich | X | X | X |
| 18800565 | Greenwich | | X | |
| 18800763 | Greenwich | X | | |
| 18800789 | Greenwich | X | | |
| 18801027 | Greenwich | | X | |
| 18801142 | Greenwich | X | X | X |
| 18801480 | Greenwich | X | | |
| 18801571 | Greenwich | | X | |
| 18801613 | Greenwich | X | X | X |
| 18801902 | Greenwich | X | X | X |
| 18822700 | Greenwich | X | X | X |
| 18822759 | Greenwich | X | X | X |
| 18823005 | Greenwich | | X | |
| 18823286 | Greenwich | X | | |
| 18823518 | Greenwich | X | X | |
| 18824193 | Greenwich | X | | |
| 18824417 | Greenwich | X | X | X |
| 18824474 | Greenwich | X | X | |
| 18824631 | Greenwich | X | X | X |

Exhibit 5 – Page 3

| Loan Number | MLPSA | Tax Bills Sent to Another Address | Property Not Designated as Homestead | Bills not sent to property 6 mos. after loan closing |
|---|---|---|---|---|
| 18824821 | Greenwich | X | | |
| 18824896 | Greenwich | | X | |
| 18825216 | Greenwich | | X | |
| 18825380 | Greenwich | X | | |
| 18836817 | Greenwich | | X | |
| 18836924 | Greenwich | X | | X |
| 18836940 | Greenwich | | X | |
| 18837005 | Greenwich | X | X | X |
| 18837021 | Greenwich | | X | |
| 18837062 | Greenwich | | X | |
| 18837468 | Greenwich | | X | |
| 18837922 | Greenwich | X | | |
| 18837989 | Greenwich | X | | |
| 18838029 | Greenwich | | X | |
| 18838177 | Greenwich | X | X | X |
| 18838235 | Greenwich | | X | |
| 18838631 | Greenwich | X | X | X |
| 18839282 | Greenwich | X | X | X |
| 18839308 | Greenwich | X | X | X |
| 18859959 | Greenwich | | X | |
| 18860221 | Greenwich | X | X | X |
| 18860338 | Greenwich | X | X | |
| 18860486 | Greenwich | | X | |
| 18860551 | Greenwich | | X | |
| 18861518 | Greenwich | X | X | X |
| 18861591 | Greenwich | | X | |
| 18861963 | Greenwich | | X | |
| 18862003 | Greenwich | | X | |
| 18862045 | Greenwich | X | X | X |
| 18862169 | Greenwich | X | X | |
| 18862177 | Greenwich | X | X | |
| 18862326 | Greenwich | | X | |
| 18862359 | Greenwich | X | X | |
| 18862615 | Greenwich | | X | |
| 18862672 | Greenwich | X | | X |
| 18862698 | Greenwich | X | | X |

Exhibit 5 – Page 4

**Table 3: Additional Liens**

| Loan Number | MLPSA | Reported Amount of Loan | First Additional Lien | Date of First Additional Lien | Second Additional Lien | Date of Second Additional Lien |
|---|---|---|---|---|---|---|
| 18796227 | Thornburg | $2,315,000 | $684,000 | 3/24/2006 | | |
| 18796243 | Thornburg | $2,660,000 | $350,000 | 4/14/2006 | | |
| 18796292 | Thornburg | $2,051,000 | $293,000 | 4/14/2006 | | |
| 18819490 | Thornburg | $2,145,000 | $286,000 | 3/29/2006 | | |
| 18819524 | Thornburg | $3,550,000 | $1,060,000 | 3/1/2006 | | |
| 18819599 | Thornburg | $2,950,000 | $500,000 | 3/27/2006 | | |
| 18819664 | Thornburg | $2,793,000 | $199,500 | 3/17/2006 | | |
| 18834150 | Thornburg | $2,750,000 | $1,540,000 | 5/11/2005 | $1,000,000 | 7/7/2005 |
| 18834226 | Thornburg | $6,000,000 | $1,500,000 | 3/9/2006 | | |
| 18834309 | Thornburg | $2,038,800 | $339,800 | 3/20/2006 | | |
| 18857078 | Thornburg | $2,015,000 | $155,000 | 3/15/2006 | | |
| 18857102 | Thornburg | $3,850,000 | $275,000 | 5/5/2006 | | |
| 18857128 | Thornburg | $3,000,000 | $850,000 | 2/22/2006 | | |
| 18857367 | Thornburg | $5,055,000 | $842,500 | 5/9/2006 | | |
| 18857409 | Thornburg | $2,100,000 | $900,000 | 4/19/2006 | | |
| 18857417 | Thornburg | $2,940,000 | $500,000 | 5/5/2006 | $500,000 | 5/5/2006 |
| 18777995 | Greenwich | $452,000 | $100,000 | 4/11/2006 | | |
| 18778035 | Greenwich | $204,000 | $120,000 | 12/7/2001 | | |
| 18799080 | Greenwich | $493,100 | $92,000 | 6/2/2004 | | |
| 18799155 | Greenwich | $250,000 | $58,000 | 12/10/2004 | | |
| 18799247 | Greenwich | $256,600 | $100,000 | 6/6/2005 | | |
| 18799361 | Greenwich | $101,600 | $55,000 | 11/21/2005 | | |
| 18799379 | Greenwich | $560,000 | $75,000 | 3/21/2006 | | |
| 18799627 | Greenwich | $214,000 | $50,000 | 11/29/2004 | | |
| 18799775 | Greenwich | $262,500 | $37,000 | 5/9/2005 | | |
| 18799882 | Greenwich | $377,600 | $47,150 | 4/2/2004 | | |
| 18800227 | Greenwich | $164,000 | $20,500 | 3/5/2004 | $55,000 | 7/8/2006 |
| 18800565 | Greenwich | $380,000 | $161,300 | 11/16/2004 | | |
| 18800656 | Greenwich | $281,250 | $75,000 | 6/14/2004 | | |
| 18800805 | Greenwich | $390,000 | $194,950 | 6/9/2004 | $250,000 | 1/26/2006 |
| 18800847 | Greenwich | $244,000 | $50,000 | 8/25/2004 | $85,000 | 5/8/2006 |
| 18800854 | Greenwich | $188,000 | $75,000 | 12/3/2004 | | |
| 18801019 | Greenwich | $348,000 | $43,500 | 6/25/2004 | $100,000 | 11/9/2005 |
| 18801050 | Greenwich | $224,000 | $32,000 | 10/13/2004 | | |
| 18801209 | Greenwich | $207,000 | $69,800 | 6/9/2005 | | |
| 18801399 | Greenwich | $64,800 | $8,100 | 6/21/2004 | | |
| 18801480 | Greenwich | $236,000 | $29,000 | 8/21/2004 | $100,000 | 7/15/2005 |
| 18801571 | Greenwich | $200,000 | $50,000 | 8/5/2005 | | |
| 18801654 | Greenwich | $607,000 | $100,000 | 1/10/2005 | $150,000 | 6/23/2006 |

Exhibit 5 – Page 5

| Loan Number | MLPSA | Reported Amount of Loan | First Additional Lien | Date of First Additional Lien | Second Additional Lien | Date of Second Additional Lien |
|---|---|---|---|---|---|---|
| 18801902 | Greenwich | $115,000 | $50,000 | 4/26/2006 | | |
| 18801969 | Greenwich | $90,600 | $29,000 | 8/19/2005 | | |
| 18822825 | Greenwich | $158,900 | $130,000 | 1/19/2005 | $50,000 | 1/19/2005 |
| 18823005 | Greenwich | $408,000 | $56,671 | 5/25/2005 | | |
| 18823096 | Greenwich | $265,000 | $85,000 | 4/6/2005 | | |
| 18823153 | Greenwich | $301,500 | $35,000 | 12/23/2004 | | |
| 18823161 | Greenwich | $352,000 | $100,000 | 9/13/2005 | | |
| 18823229 | Greenwich | $65,000 | $50,648 | 3/25/2005 | $25,000 | 8/26/2005 |
| 18823328 | Greenwich | $250,000 | $43,000 | 8/17/2004 | $90,000 | 9/16/2005 |
| 18823419 | Greenwich | $298,450 | $54,000 | 3/23/2004 | | |
| 18823468 | Greenwich | $95,000 | $64,400 | 1/20/2006 | | |
| 18823518 | Greenwich | $120,240 | $25,000 | 5/11/2004 | $16,000 | 9/21/2004 |
| 18823526 | Greenwich | $214,000 | $25,400 | 5/20/2004 | $105,500 | 8/12/2005 |
| 18823849 | Greenwich | $81,000 | $25,000 | 2/25/2004 | | |
| 18824193 | Greenwich | $147,000 | $30,000 | 5/5/2005 | | |
| 18824383 | Greenwich | $109,200 | $24,000 | 5/27/2005 | | |
| 18824631 | Greenwich | $520,000 | $65,000 | 2/17/2005 | | |
| 18824763 | Greenwich | $394,000 | $142,000 | 6/22/2004 | | |
| 18824797 | Greenwich | $495,000 | $87,500 | 9/29/2004 | | |
| 18824821 | Greenwich | $393,750 | $55,000 | 12/15/2004 | | |
| 18825067 | Greenwich | $250,000 | $91,000 | 3/16/2005 | | |
| 18825133 | Greenwich | $504,000 | $85,000 | 1/21/2005 | | |
| 18825182 | Greenwich | $467,200 | $220,500 | 3/8/2006 | | |
| 18825216 | Greenwich | $409,000 | $150,000 | 5/18/2006 | | |
| 18825380 | Greenwich | $116,000 | $29,000 | 8/24/2004 | | |
| 18825406 | Greenwich | $326,250 | $77,900 | 5/3/2005 | | |
| 18836817 | Greenwich | $380,000 | $140,000 | 11/29/2004 | | |
| 18836916 | Greenwich | $319,200 | $78,880 | 3/9/2005 | | |
| 18837062 | Greenwich | $331,417 | $90,000 | 7/16/2004 | | |
| 18837658 | Greenwich | $279,000 | $351,200 | 5/8/2006 | | |
| 18837823 | Greenwich | $84,000 | $30,000 | 7/17/2004 | | |
| 18838029 | Greenwich | $600,000 | $81,000 | 2/10/2005 | | |
| 18838094 | Greenwich | $127,500 | $25,000 | 8/8/2005 | $70,080 | 12/23/2005 |
| 18838516 | Greenwich | $182,000 | $70,000 | 4/25/2006 | | |
| 18838680 | Greenwich | $147,456 | $18,432 | 6/25/2004 | | |
| 18838888 | Greenwich | $650,000 | $100,000 | 1/26/2005 | | |
| 18839241 | Greenwich | $650,000 | $100,000 | 8/22/2005 | | |
| 18839308 | Greenwich | $332,000 | $99,999 | 11/1/2005 | | |
| 18859959 | Greenwich | $198,000 | $60,000 | 5/24/2004 | | |
| 18860221 | Greenwich | $510,000 | $150,000 | 9/28/2004 | $173,700 | 2/22/2005 |

Exhibit 5 – Page 6

| Loan Number | MLPSA | Reported Amount of Loan | First Additional Lien | Date of First Additional Lien | Second Additional Lien | Date of Second Additional Lien |
|---|---|---|---|---|---|---|
| 18860445 | Greenwich | $181,118 | $100,000 | 2/16/2006 | | |
| 18860528 | Greenwich | $217,000 | $46,500 | 8/7/2004 | $56,000 | 12/2/2004 |
| 18860551 | Greenwich | $227,000 | $50,000 | 6/1/2004 | $90,000 | 10/13/2004 |
| 18860775 | Greenwich | $252,000 | $95,500 | 6/6/2005 | | |
| 18860965 | Greenwich | $192,000 | $50,000 | 4/9/2004 | | |
| 18861237 | Greenwich | $553,000 | $74,300 | 4/23/2004 | $46,000 | 4/23/2004 |
| 18861286 | Greenwich | $600,000 | $250,000 | 3/24/2005 | | |
| 18861591 | Greenwich | $735,000 | $183,926 | 6/13/2005 | $240,000 | 3/31/2006 |
| 18861864 | Greenwich | $183,500 | $36,945 | 2/25/2005 | | |
| 18861872 | Greenwich | $255,000 | $113,000 | 9/13/2005 | | |
| 18861963 | Greenwich | $278,500 | $85,000 | 8/10/2004 | | |
| 18862045 | Greenwich | $360,000 | $25,000 | 5/5/2004 | | |
| 18862136 | Greenwich | $300,000 | $150,000 | 5/31/2006 | | |
| 18862177 | Greenwich | $460,000 | $45,000 | 10/5/2005 | $200,000 | 10/20/2005 |
| 18862235 | Greenwich | $56,800 | $8,000 | 6/21/2004 | | |
| 18862573 | Greenwich | $221,000 | $77,000 | 7/29/2005 | | |
| 18862615 | Greenwich | $420,000 | $100,000 | 7/2/2004 | $195,516 | 9/8/2005 |

Exhibit 5 – Page 7

**Table 4: Occupancy**

| Loan Number | MLPSA | Occupancy Flag in Schedule to PSA |
|---|---|---|
| 18796037 | Thornburg | Second Home |
| 18796136 | Thornburg | Second Home |
| 18796243 | Thornburg | Investor |
| 18819482 | Thornburg | Investor |
| 18819508 | Thornburg | Second Home |
| 18819599 | Thornburg | Second Home |
| 18819730 | Thornburg | Second Home |
| 18834150 | Thornburg | Second Home |
| 18834218 | Thornburg | Second Home |
| 18834333 | Thornburg | Second Home |
| 18834341 | Thornburg | Second Home |

Exhibit 5 – Page 8