# Exhibit 6

EXHIBIT 6: LIST OF BREACHES OF REPRESENTATIONS AND WARRANTIES

| Loan Number | MLPSA | Mortgage Loan Schedule (LTV) | Mortgage Loan Schedule (Occupancy) | LTV Greater than 95% | Additional Liens | Prudent & Customary Appraisal | Fraud (Appraisal) | Fraud (Occupancy) | Occupancy Status |
|---|---|---|---|---|---|---|---|---|---|
| 18796037 | Thornburg | | | | | | | | X |
| 18796136 | Thornburg | | | | | | | | X |
| 18796169 | Thornburg | | X | | | | | X | |
| 18796193 | Thornburg | X | X | X | | X | X | X | |
| 18796227 | Thornburg | | X | | X | | | X | |
| 18796243 | Thornburg | | | | X | | | | X |
| 18796276 | Thornburg | | X | | | | | X | |
| 18796292 | Thornburg | X | | X | X | X | X | | |
| 18796326 | Thornburg | | X | | | | | X | |
| 18819482 | Thornburg | | | | | | | | X |
| 18819490 | Thornburg | | | | X | | | | |
| 18819524 | Thornburg | | | | X | | | | |
| 18819532 | Thornburg | X | | X | | X | X | | |
| 18819573 | Thornburg | | X | | | | | X | |
| 18819599 | Thornburg | | | | X | | | | X |
| 18819664 | Thornburg | | X | | X | | | X | |
| 18819730 | Thornburg | | | | | | | | X |
| 18834150 | Thornburg | | | | X | | | | X |
| 18834218 | Thornburg | | | | | | | | X |
| 18834226 | Thornburg | | X | | X | | | X | |
| 18834234 | Thornburg | | X | | | | | X | |
| 18834291 | Thornburg | X | X | | | X | X | X | |
| 18834309 | Thornburg | X | X | | X | X | X | X | |
| 18834341 | Thornburg | | | | | | | | X |
| 18834358 | Thornburg | | X | | | | | X | |
| 18834374 | Thornburg | X | | X | | X | X | | |
| 18857078 | Thornburg | | | | X | | | | |
| 18857102 | Thornburg | | X | | X | | | X | |
| 18857128 | Thornburg | | | | X | | | | |
| 18857268 | Thornburg | | X | | | | | X | |
| 18857367 | Thornburg | | X | | X | | | X | |
| 18857383 | Thornburg | | X | | | | | X | |
| 18857391 | Thornburg | X | | X | | X | X | | |
| 18857409 | Thornburg | | | | X | | | | |
| 18857417 | Thornburg | | X | | X | | | X | |
| 18777995 | Greenwich | X | | X | X | X | X | | |
| 18778035 | Greenwich | | | | X | | | | |

Exhibit 6 – Page 1

| Loan Number | MLPSA | Mortgage Loan Schedule (LTV) | Mortgage Loan Schedule (Occupancy) | LTV Greater than 95% | Additional Liens | Prudent & Customary Appraisal | Fraud (Appraisal) | Fraud (Occupancy) | Occupancy Status |
|---|---|---|---|---|---|---|---|---|---|
| 18799080 | Greenwich | X | | X | X | X | X | | |
| 18799155 | Greenwich | | | | X | | | | |
| 18799163 | Greenwich | | X | | | | | X | |
| 18799205 | Greenwich | | X | | | | | X | |
| 18799247 | Greenwich | X | X | | X | X | X | X | |
| 18799361 | Greenwich | | | | X | | | | |
| 18799379 | Greenwich | | | | X | | | | |
| 18799486 | Greenwich | X | | X | | X | X | | |
| 18799510 | Greenwich | X | | | | X | X | | |
| 18799627 | Greenwich | | | | X | | | | |
| 18799775 | Greenwich | X | | | X | X | X | | |
| 18799882 | Greenwich | | | | X | | | | |
| 18800102 | Greenwich | X | | X | | X | X | | |
| 18800227 | Greenwich | X | | | X | X | X | | |
| 18800565 | Greenwich | | X | | X | | | X | |
| 18800656 | Greenwich | | | | X | | | | |
| 18800755 | Greenwich | X | | | | X | X | | |
| 18800763 | Greenwich | X | X | | | X | X | X | |
| 18800789 | Greenwich | | X | | | | | X | |
| 18800805 | Greenwich | | | | X | | | | |
| 18800847 | Greenwich | | | | X | | | | |
| 18800854 | Greenwich | | | | X | | | | |
| 18800870 | Greenwich | X | | X | | X | X | | |
| 18801019 | Greenwich | | | | X | | | | |
| 18801027 | Greenwich | X | X | | | X | X | X | |
| 18801050 | Greenwich | | | | X | | | | |
| 18801142 | Greenwich | | X | | | | | X | |
| 18801209 | Greenwich | | | | X | | | | |
| 18801399 | Greenwich | | | | X | | | | |
| 18801480 | Greenwich | X | X | X | X | X | X | X | |
| 18801571 | Greenwich | | X | | X | | | X | |
| 18801613 | Greenwich | | X | | | | | X | |
| 18801654 | Greenwich | | | | X | | | | |
| 18801902 | Greenwich | X | X | | X | X | X | X | |
| 18801969 | Greenwich | | | | X | | | | |
| 18822700 | Greenwich | X | X | | | X | X | X | |
| 18822759 | Greenwich | | X | | | | | X | |
| 18822825 | Greenwich | X | | | X | X | X | | |
| 18823005 | Greenwich | X | X | X | X | X | X | X | |
| 18823096 | Greenwich | | | | X | | | | |

Exhibit 6 – Page 2

| Loan Number | MLPSA | Mortgage Loan Schedule (LTV) | Mortgage Loan Schedule (Occupancy) | LTV Greater than 95% | Additional Liens | Prudent & Customary Appraisal | Fraud (Appraisal) | Fraud (Occupancy) | Occupancy Status |
|---|---|---|---|---|---|---|---|---|---|
| 18823153 | Greenwich | | | | X | | | | |
| 18823161 | Greenwich | | | | X | | | | |
| 18823229 | Greenwich | X | | | X | X | X | | |
| 18823286 | Greenwich | | X | | | | | X | |
| 18823294 | Greenwich | X | | | | X | X | | |
| 18823328 | Greenwich | | | | X | | | | |
| 18823401 | Greenwich | X | | X | | X | X | | |
| 18823419 | Greenwich | X | | X | X | X | X | | |
| 18823468 | Greenwich | X | | | X | X | X | | |
| 18823518 | Greenwich | | X | | X | | | X | |
| 18823526 | Greenwich | | | | X | | | | |
| 18823617 | Greenwich | X | | | | X | X | | |
| 18823765 | Greenwich | X | | | | X | X | | |
| 18823849 | Greenwich | | | | X | | | | |
| 18823906 | Greenwich | X | | X | | X | X | | |
| 18824052 | Greenwich | X | | | | X | X | | |
| 18824128 | Greenwich | X | | | | X | X | | |
| 18824193 | Greenwich | X | X | | X | X | X | X | |
| 18824367 | Greenwich | X | | | | X | X | | |
| 18824383 | Greenwich | | | | X | | | | |
| 18824417 | Greenwich | | X | | | | | X | |
| 18824425 | Greenwich | X | | | | X | X | | |
| 18824474 | Greenwich | | X | | | | | X | |
| 18824524 | Greenwich | X | | | | X | X | | |
| 18824631 | Greenwich | X | X | X | X | X | X | X | |
| 18824763 | Greenwich | | | | X | | | | |
| 18824797 | Greenwich | X | | | X | X | X | | |
| 18824805 | Greenwich | X | | | | X | X | | |
| 18824821 | Greenwich | | X | | X | | | X | |
| 18824896 | Greenwich | | X | | | | | X | |
| 18824953 | Greenwich | X | | | | X | X | | |
| 18825067 | Greenwich | | | | X | | | | |
| 18825083 | Greenwich | X | | | | X | X | | |
| 18825133 | Greenwich | | | | X | | | | |
| 18825182 | Greenwich | | | | X | | | | |
| 18825216 | Greenwich | | X | | X | | | X | |
| 18825380 | Greenwich | | X | | X | | | X | |
| 18825406 | Greenwich | | | | X | | | | |
| 18836817 | Greenwich | | X | | X | | | X | |
| 18836916 | Greenwich | | | | X | | | | |

Exhibit 6 – Page 3

| Loan Number | MLPSA | Mortgage Loan Schedule (LTV) | Mortgage Loan Schedule (Occupancy) | LTV Greater than 95% | Additional Liens | Prudent & Customary Appraisal | Fraud (Appraisal) | Fraud (Occupancy) | Occupancy Status |
|---|---|---|---|---|---|---|---|---|---|
| 18836924 | Greenwich | | X | | | | | X | |
| 18836940 | Greenwich | X | X | X | | X | X | X | |
| 18837005 | Greenwich | | X | | | | | X | |
| 18837021 | Greenwich | | X | | | | | X | |
| 18837062 | Greenwich | | X | | X | | | X | |
| 18837294 | Greenwich | X | | | | X | X | | |
| 18837468 | Greenwich | | X | | | | | X | |
| 18837658 | Greenwich | | | | X | | | | |
| 18837823 | Greenwich | | | | X | | | | |
| 18837922 | Greenwich | X | X | X | | X | X | X | |
| 18837989 | Greenwich | | X | | | | | X | |
| 18838029 | Greenwich | X | X | | X | X | X | X | |
| 18838094 | Greenwich | X | | X | X | X | X | | |
| 18838177 | Greenwich | | X | | | | | X | |
| 18838235 | Greenwich | | X | | | | | X | |
| 18838516 | Greenwich | | | | X | | | | |
| 18838599 | Greenwich | X | | | | X | X | | |
| 18838615 | Greenwich | X | | | | X | X | | |
| 18838631 | Greenwich | X | X | | | X | X | X | |
| 18838680 | Greenwich | | | | X | | | | |
| 18838763 | Greenwich | X | | | | X | X | | |
| 18838888 | Greenwich | X | | | X | X | X | | |
| 18839050 | Greenwich | X | | | | X | X | | |
| 18839241 | Greenwich | | | | X | | | | |
| 18839258 | Greenwich | X | | | | X | X | | |
| 18839282 | Greenwich | | X | | | | | X | |
| 18839308 | Greenwich | | X | | X | | | X | |
| 18839399 | Greenwich | X | | | | X | X | | |
| 18839522 | Greenwich | X | | | | X | X | | |
| 18859959 | Greenwich | | X | | X | | | X | |
| 18860221 | Greenwich | | X | | X | | | X | |
| 18860338 | Greenwich | | X | | | | | X | |
| 18860395 | Greenwich | X | | X | | X | X | | |
| 18860445 | Greenwich | X | | | X | X | X | | |
| 18860486 | Greenwich | | X | | | | | X | |
| 18860528 | Greenwich | X | | X | X | X | X | | |
| 18860551 | Greenwich | | X | | X | | | X | |
| 18860775 | Greenwich | | | | X | | | | |
| 18860965 | Greenwich | X | | | X | X | X | | |
| 18861237 | Greenwich | | | | X | | | | |

Exhibit 6 – Page 4

| Loan Number | MLPSA | Mortgage Loan Schedule (LTV) | Mortgage Loan Schedule (Occupancy) | LTV Greater than 95% | Additional Liens | Prudent & Customary Appraisal | Fraud (Appraisal) | Fraud (Occupancy) | Occupancy Status |
|---|---|---|---|---|---|---|---|---|---|
| 18861286 | Greenwich | | | | X | | | | |
| 18861336 | Greenwich | X | | | | X | X | | |
| 18861518 | Greenwich | X | X | X | | X | X | X | |
| 18861591 | Greenwich | | X | | X | | | X | |
| 18861864 | Greenwich | | | | X | | | | |
| 18861872 | Greenwich | | | | X | | | | |
| 18861963 | Greenwich | X | X | | X | X | X | X | |
| 18862003 | Greenwich | X | X | X | | X | X | X | |
| 18862045 | Greenwich | | X | | X | | | X | |
| 18862136 | Greenwich | | | | X | | | | |
| 18862169 | Greenwich | X | X | X | | X | X | X | |
| 18862177 | Greenwich | | X | | X | | | X | |
| 18862235 | Greenwich | | | | X | | | | |
| 18862326 | Greenwich | | X | | | | | X | |
| 18862359 | Greenwich | | X | | | | | X | |
| 18862573 | Greenwich | X | | | X | X | X | | |
| 18862615 | Greenwich | | X | | X | | | X | |
| 18862672 | Greenwich | | X | | | | | X | |
| 18862698 | Greenwich | | X | | | | | X | |

Exhibit 6 – Page 5