# Exhibit 8

40 East 52nd Street  
New York, New York 10022

212 755 0100  
graisellsworth.com

GRAIS & ELLSWORTH LLP

David J. Grais  
212 755 3550  
dgrais@graisellsworth.com

July 26, 2011

*By Certified Mail*

Countrywide Home Loans, Inc.  
4500 Park Granada  
Calabasas, California 91302  
Attention: Celia Coulter and Michael W. Schloessmann

With copy to: John J. Falvey, Jr.

*Repurchase of Loans in ZUNI 2006-OA1*

Dear Ms. Coulter and Mr. Schloessmann:

  We write on behalf of our respective clients, holders of certificates issued by Zuni Mortgage Loan Trust 2006-OA1 (the "Trust"), and Joel I. Sher (the "Bankruptcy Trustee"), the Chapter 11 trustee of both TMST, Inc., formerly known as Thornburg Mortgage, Inc. and TMST Home Loans, Inc., formerly known as Thornburg Mortgage Home Loans, Inc., ("Thornburg" and together with the certificateholders, the "Zuni Parties"). Capitalized terms not defined herein have the meaning ascribed to them in our letter to you of April 15, 2011.

  By that April 15 correspondence, the Zuni Parties advised Countrywide that 223 loans in the Trust breached representations and warranties that Countrywide had made about the loans. We renewed prior demands made by Thornburg that Countrywide repurchase 57 of these loans and demanded that Countrywide also repurchase 176 additional loans. We further demanded that Countrywide provide mortgage loan files to Thornburg for all of the loans in the Trust that were originated by Countrywide so that we could study further the condition of those 176 loans that breached representations and warranties and determine if any other loans breached representations and warranties.

  Over 90 days have expired since our letter of April 15. Countrywide has not repurchased any of the 223 loans, has not attempted to cure its beaches of representations and warranties and has not provided any loan files. Indeed, Countrywide has not responded at all to the April 15 letter. Pursuant, then, to Section 7.03 of the Greenwich MLPSA and Section 3.03 of the Thornburg MLPSA, the Zuni Parties demand that Countrywide immediately comply with Sections 6.02 and 7 of the Greenwich MLPSA

GRAIS & ELLSWORTH LLP

Countrywide Home Loans, Inc.
July 26, 2011
Page 2

and Sections 3, 4.1 and 5.6 of the Thornburg MLPSA.

Very truly yours,

*David J. Grais*

David J. Grais
Grais & Ellsworth LLP
40 East 52nd Street
New York, New York 10022

*Attorney for the Certificateholders of*
*Zuni Mortgage Loan Trust 2006-OA1*

Richard M. Goldberg
Shapiro Sher Guinot & Sandler, P.A.
2000 Charles Center South
36 South Charles Street
Baltimore, Maryland 21201

*Attorney for Joel I. Sher*
*Chapter 11 Trustee of TMST, Inc*
*and TMST Home Loans, Inc.*